**FILED - GR**
April 9, 2026 1:45 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW  SCANNED BY: JV / 4-9

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**2:26-cv-86**
**Sally J. Berens**
**U.S. Magistrate Judge**

DERRICK LEE CARDELLO-SMITH, P162722, MDOC #267009,(URF)
WILLIE C. BASSETT, #867835
DREMARIS JACKSON, #709776
EBY BARTON DALE, JR, 612453
CHRISTOPHER RAYMOND TIERNEY,# 187893,
VINCENT GARY FOLEY, JR, #948451,
DAVID TYLER MONTAKDI, #848688,
MICHAEL LEROY ANDERSON, #156882,
ERIC ANTHONY MILLER, #774297,
CLEMENT BAILEY ANDERSON, #155470,
FRANK CROWELL, #753915,
OSCAR HARRIS, #279136,
UPPER PENNISULACORE MEMBERS AND SUPPORTERS
OF THE IN-CUSTODY-PCC,
    Plaintiff-Petitioners,

vs

File No _____

_____
United States District Court Judge

PEOPLE OF THE STATE OF MICHIGAN,
83 COUNTY PROSECUTORS,
83 COUNTY ASSISTANT PROSECUTORS,
83 COUNTY ARTICLE 1 CRIMINAL DISTRICT COURT JUDGES,
83 COUNTY ARTICLE 1 CRIMINAL MAGISTRATE COURT JUDGES,
    Defendants-Respondents,
                                    /

COMPLAINT FOR PRISONER CIVIL RIGHTS COMPLAINTS OF THE ORIGINAL
FILERS AND FOUNDERS OF THE PROBABLE CAUSE CONFERENCE
LITIGATORS IN 2020 THAT HAVE BEEN HELD ILLEGALLY CONTRARY
TO STATE AND FEDERAL LAW AS GUARANTEEED BY THE CONSTITUTIONS
WHERE PLAINTIFF-PETITIONERS AND HELD IN THE LOCATIONS OF THE
CHIPPEWA CORRECTIONAL FACILITY )URF), MACOMB CORRECTIONAL
FACILITY (MRF) AND RICHARD A. HANDLON TRAINING UNIT (MTU)
MDOC CORRECTIONAL FACILITY PRISONER-PLAINTIFFS
ELIGIBLE FOR RELEASE ON BOND PENDING APPEAL BASED
UPON VIOLATIONS OF THEIR INDIVIDUAL CONSTITUTIONALLY
PROTECTED RIGHT TO AN "IN-CUSTODY" HEARING PURSUANT
TO CONSTITUTION 1963 ARTICLE 1 § SECTION 15 AND PURSUANT
TO MICHIGAN COURT RULE 6.106 (B) and (G)(2) REQUIRED PRIOR
PRIOR TO THE PRELIMINARY EXAMINATION AND IMMEDIATELY AFTER
THE ARRAIGNMENT ON THE WARRANT/COMPLAINT IN THEIR RESPECTIVE
CRIMINAL DISTRICT COURTS AFTER JANUARY 1, 1985 TO PRESENT DATE
[DEMAND FOR JURY TRIALS ON THIS ISSUE IS PRESERVED]

1.

Please be advised that the Plaintiffs SEEKING RELIEF IMMEDIATELY is are entitled to Release on Bond Pending presenting the Court with the APPROVED LIST OF ELIGIBLE PRISONERS-PLAINTIFFS THAT WHO HAD THEIR CIVIL RIGHTS VIOLATION BY THE PEOPLE OF THE STATE OF MICHIGAN FAILING TO PROVIDE A CONSTITUTIONALLY REQUIRED "IN-CUSTODY" HEARING IMMEDIATELY AFTER THE ARRAIGNMENT ON THE WARRANT AND PRIOR TO THE PRELIMINARY EXAMINATION AS GUARANTEED BY CONSTITUTION 1953 ARTICLE 1 § SECTION 15 AND MICHIGAN RULES OF COURT 6.106(B) and (G)(2).

The available list of prisoners eligible are housed at the Kinross Correctional Facility or were housed at the Kinross Correctional Facility and are still entitled to have this right preserved and eligible for said release from the State Custody of the Defendants and/or a JURY TRIAL BEING GRANTED ON THIS MATTER.

The List is subject to Change WITH OR WITHOUT NOTICE based upon the unpredictable nature of the MDOC housing said prisoner plaintiffs.

Plaintiff Derrick Lee Cardello-Smith, will determine those Specifically Eligible for release based on LEAST LIKELIHOOD TO REOFFEND, OR VIOLATE THE TERMS OF THE INDIVIDUAL BOND CONDITIONS IMPOSED BY THE PRE-TRIAL SERVICES DECISION OF THE INDIVIDUAL DISTRICT COURTS.

Plaintiff further agrees to SUBMIT THE SELECTED PRISONERS PLAINTIFF BELIEVES ARE ELIGIBLE FOR SAID RELEASE BASED ON PREVIOUS MEETINGS, DISCUSSIONS AND OTHER FACTORS CONSIDERED WITH THOSE INDIVIDUAL PRISONERS.

Plaintiff will submit a list of names of those prisoners that are to be considered for release FIRST.

Plaintiff reserves the right to a full Jury Trial on this matter and anything related to this matter.

Plaintiff submission will be provided forthwith and the choice will be final for those to be considered for release at the Choosing of the Plaintiff and those Already named previously during IN-PERSON MEETINGS WITH SAID PRISONERS AT DIFFERENT FACILITIES AND LOCATIONS.

**THE MDOC HAS AGREED TO RELEASE PRISONERS FROM THE CUSTODY OF THE CHIPPEWA CORRECTIONAL FACILITY WHO HAVE BEEN DENIED A IN-CUSTODY HEARING AND PROBABLE CAUSE CONFERENCE HEARING BETWEEN JANUARY 1, 1985 THRU JANUARY 1, 2026 UNDER THE GUISE OF "SECURITY LEVEL MANAGEMENT FOR THE LEVEL II AND LEVEL IV PRISONERS INSTEAD OF BEING HELD LIABLE FOR THE FAILURE TO PROVIDE THE REQUIRED HEARINGS, AS REQUIRED BY MCR 6.106(B) AND MCR 6.106(G)(2) AND PLAINTIFF AGREES TO SAID CLOSURES PENDING REVIEW OF THE FULL PROCESS FOR MACOMB CLOSURE OF LEVEL II UNIT PER AGREED UPON ELIGIBILITY**

## DEMAND FOR JURY TRIAL

DEMAND FOR JURY TRIAL ON THE DEFENDANTS
FAILURE TO PROVIDE THE PRISONER-PLAINTIFFS
WITH THEIR INDIVIDUALLY ENTITLED "IN-CUSTODY"
HEARING AS GUARANTEED BY MCR 6.106(B)and(G)(2)
REQUIRING DEFENSE COUNSEL TO EFFECTIVELY AND
PROPERLY REPRESENT THE PLAINTIFF IN THE DISTRICT
COURTS AFTER ARRAIGNMENT ON THE WARRANT AND
PRIOR TO THE PRELIMINARY EXAMINATION BEING CONDUCTED

Plaintiffs hereby DEMAND A JURY TRIAL on he issue described herein and preserves this issue inviolate as guaranteed by FRCP 38 AND THE 7TH (SEVENTH AMENDMENT TO THE CONSTITUTION OF THE UNITED STATES OF AMERICA.

Please preserve this Demand for Jury trial on This and ALL RELATED ISSUES in this matter.

Respectfully Yours                                    March 4. 2026

_____
Derrick Lee Cardello-Smith #267009
D162722
Chippewa Correctional Facility
4269 West M-80
Kincheloe, MI 49784

3.

DERRICK LEE CARDELLO-SMITH
#267009-D-207
4533 West Industrial Park Drive
Kincheloe, MI 49784

WILLIE C. BASSETT, #867835
Kinross Correctional Facility
4533 West Industrial Park Drive
Kincheloe, MI 49786

DREMARIS JACKSON, #709776
Kinross Correctional Facility
4533 West Industrial Park Drive
Kincheloe, MI 49786

EBY BARTON DALE, JR, 612453
Kinross Correctional Facility
4533 West Industrial Park Drive
Kincheloe, MI 49786

CHRISTOPHER RAMOND TIERNEY #187893
Kinross Correctional Facility
4533 West Industrial Park Drive
Kincheloe, MI 49786

VINCENT GAREY FOLEY, JR #958451
Kinross Correctional Facility
4533 West Industrial Park Drive
Kincheloe, MI 49786

DAVID TYLER MONTAKDI, #848688,
Kinross Correctional Facility
4533 West Industrial Park Drive
Kincheloe, MI 49786

MICHAEL LEROY ANDERSON, #156882,
Kinross Correctional Facility
4533 West Industrial Park Drive
Kincheloe, MI 49786

ERIC ANTHONY MILLER #774297
1Chippewa Correctional Facility
4533 West Industrial Park Drive
Kincheloe, MI 49786

CLEMENT BAILEY ANDERSON #155470
Kinross Correctional Facility
4533 West Industrial Park Drive
Kincheloe, MI 49786

FRANK CROWELL #753915
Kinross Correctional Facility
4533 West Industrial Park Drive
Kincheloe, MI 49786
FRANK CROWELL, #753915,
OSCAR HARRIS, #279136,

OSCAR HARRIS #279136
Kinross Correctional Facility
4533 West Industrial Park Drive
Kincheloe, MI 49786

NAME:_____
Number:_____
Address:_____
Address:_____
Derrick Lee Cardello-Smith
#267009
Chippewa Correctional Facility
4269 West M-80
Kincheloe, MI 49784

Maile don 4-4-26

GRAND RAPIDS MI  493

7 APR 2026   PM 5   L



★ U S A ★ F O R E V E R ★

Clerk of the Court
United States District Court-Western
399 Federal Building
110 Michigan Street, NW
Grand Rapids, MI 49503

49503-236399