UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK SMITH #267009, et al,
Plaintiffs,                                          Case No. 2:26–cv–0086

v.                                                   Hon. Sally J. Berens

PEOPLE OF THE STATE OF MICHIGAN, et al,
Defendants.
_____/

### **NOTICE TO PLAINTIFF REGARDING CONSENT**

This notice is to inform you that your case was filed on April 9, 2026 and has been assigned to Magistrate Judge Sally J. Berens.   In accordance with the provisions of 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, you are hereby notified that the United States magistrate judges of this district court may, upon your consent, conduct any or all proceedings in this case, including a jury trial and entry of a final judgment.   If you consent, any appeal from a judgment entered by a magistrate judge shall be taken directly to the United States Court of Appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

Magistrate judges have greater flexibility in their schedules than district judges, who have heavy criminal caseloads that take priority over civil trials.   Accordingly, the magistrate judges are generally able to schedule prisoner civil rights cases for jury trial much sooner, and they are able to provide firm trial dates.   Magistrate judges are experienced trial judges who handle a great number of prisoner civil rights cases.

Your decision to consent to the dispositive jurisdiction of a United States magistrate judge is entirely voluntary.   If you do not consent to a magistrate judge, the case will be randomly assigned to a district judge.   The magistrate judge already assigned to this case would continue to decide all pretrial matters and would handle all dispositive motions by report and recommendation.

Please complete and sign the attached Statement Regarding Consent and return it to the court on or before **May 1, 2026**.   If the statement is not received by the deadline, the case will be randomly assigned to a district judge, with an automatic referral to the magistrate judge named above.

CLERK OF COURT

Dated: April 10, 2026                        By: /s/_E. Doerr_____
                                             Deputy Clerk

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK SMITH #267009, et al,
Plaintiffs,                                                    Case No. 2:26–cv–0086

v.                                                             Hon. Sally J. Berens

PEOPLE OF THE STATE OF MICHIGAN, et al,
Defendants.
_____/

## PLAINTIFF'S STATEMENT REGARDING CONSENT

_____    I hereby voluntarily consent to the United States magistrate judge conducting all proceedings in this case, including entry of a final judgment and all post-judgment matters.

_____    I request that this case be assigned to a district judge.

Dated: _____          _____
                                 Plaintiff Derrick Lee Smith #267009

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK SMITH #267009, et al,
Plaintiffs,

Case No. 2:26-cv-0086

v.

Hon. Sally J. Berens

PEOPLE OF THE STATE OF MICHIGAN, et al,
Defendants.

_____/

### PLAINTIFF'S STATEMENT REGARDING CONSENT

_____    I hereby voluntarily consent to the United States magistrate judge conducting all proceedings in this case, including entry of a final judgment and all post-judgment matters.

_____    I request that this case be assigned to a district judge.

Dated:  _____          _____

Plaintiff Willie C. Bassett #867835, Jr

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK SMITH #267009, et al,
Plaintiffs,                                                         Case No. 2:26–cv–0086

v.                                                                  Hon. Sally J. Berens

PEOPLE OF THE STATE OF MICHIGAN, et al,
Defendants.
_____/

### PLAINTIFF'S STATEMENT REGARDING CONSENT

_____   I hereby voluntarily consent to the United States magistrate judge conducting all proceedings in this case, including entry of a final judgment and all post-judgment matters.

_____   I request that this case be assigned to a district judge.

Dated:  _____          _____
                                 Plaintiff DreMaris Jackson #709776

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK SMITH #267009, et al,
Plaintiffs,                                                    Case No. 2:26−cv−0086

v.                                                              Hon. Sally J. Berens

PEOPLE OF THE STATE OF MICHIGAN, et al,
Defendants.
_____/

### PLAINTIFF'S STATEMENT REGARDING CONSENT

____    I hereby voluntarily consent to the United States magistrate judge conducting all proceedings in this case, including entry of a final judgment and all post-judgment matters.

____    I request that this case be assigned to a district judge.

Dated: _____          _____
                                                    Plaintiff Eby Barton Dale #6124453, Jr.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK SMITH #267009, et al,
Plaintiffs,

Case No. 2:26–cv–0086

v.

Hon. Sally J. Berens

PEOPLE OF THE STATE OF MICHIGAN, et al,
Defendants.
_____/

### PLAINTIFF'S STATEMENT REGARDING CONSENT

_____  I hereby voluntarily consent to the United States magistrate judge conducting all proceedings in this case, including entry of a final judgment and all post-judgment matters.

_____  I request that this case be assigned to a district judge.

Dated:  _____                    _____
                                            Plaintiff Christopher Raymond Tierney #187893

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK SMITH #267009, et al,
Plaintiffs,                                                                  Case No. 2:26−cv−0086

v.                                                                                Hon. Sally J. Berens

PEOPLE OF THE STATE OF MICHIGAN, et al,
Defendants.
_____/

**<u>PLAINTIFF'S STATEMENT REGARDING CONSENT</u>**


____    I hereby voluntarily consent to the United States magistrate judge conducting all proceedings in this case, including entry of a final judgment and all post-judgment matters.

____    I request that this case be assigned to a district judge.



Dated:  _____                    _____
                                                                  Plaintiff Vincent Gary Foley #948451, Jr.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK SMITH #267009, et al,
Plaintiffs,                                              Case No. 2:26–cv–0086

v.                                                       Hon. Sally J. Berens

PEOPLE OF THE STATE OF MICHIGAN, et al,
Defendants.
_____/

## **PLAINTIFF'S STATEMENT REGARDING CONSENT**

_____  I hereby voluntarily consent to the United States magistrate judge conducting all proceedings in this case, including entry of a final judgment and all post-judgment matters.

_____  I request that this case be assigned to a district judge.

Dated: _____          _____
                                 Plaintiff David Tyler Montakdi #848688

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK SMITH #267009, et al,
Plaintiffs,

Case No. 2:26−cv−0086

v.

Hon. Sally J. Berens

PEOPLE OF THE STATE OF MICHIGAN, et al,
Defendants.

_____/

## **PLAINTIFF'S STATEMENT REGARDING CONSENT**

_____    I hereby voluntarily consent to the United States magistrate judge conducting all proceedings in this case, including entry of a final judgment and all post-judgment matters.

_____    I request that this case be assigned to a district judge.

Dated: _____                    _____

Plaintiff Michael Leroy Anderson #156882

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK SMITH #267009, et al,
Plaintiffs,                                                        Case No. 2:26–cv–0086

v.                                                                        Hon. Sally J. Berens

PEOPLE OF THE STATE OF MICHIGAN, et al,
Defendants.
_____/

## **PLAINTIFF'S STATEMENT REGARDING CONSENT**

_____ I hereby voluntarily consent to the United States magistrate judge conducting all proceedings in this case, including entry of a final judgment and all post-judgment matters.

_____ I request that this case be assigned to a district judge.

Dated: _____          _____
                                                      Plaintiff Eric Anthony Miller #774297

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK SMITH #267009, et al,
Plaintiffs,                                                    Case No. 2:26−cv−0086

v.                                                                     Hon. Sally J. Berens

PEOPLE OF THE STATE OF MICHIGAN, et al,
Defendants.
_____/

**PLAINTIFF'S STATEMENT REGARDING CONSENT**

____ I hereby voluntarily consent to the United States magistrate judge conducting all proceedings in this case, including entry of a final judgment and all post-judgment matters.

____ I request that this case be assigned to a district judge.

Dated: _____            _____
                                                        Plaintiff Clement Anderson #155470

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK SMITH #267009, et al,
Plaintiffs,

Case No. 2:26-cv-0086

v.

Hon. Sally J. Berens

PEOPLE OF THE STATE OF MICHIGAN, et al,
Defendants.

_____/

**<u>PLAINTIFF'S STATEMENT REGARDING CONSENT</u>**

_____    I hereby voluntarily consent to the United States magistrate judge conducting all proceedings in this case, including entry of a final judgment and all post-judgment matters.

_____    I request that this case be assigned to a district judge.

Dated:  _____          _____

Plaintiff Frank Crowell #753915

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK SMITH #267009, et al,
Plaintiffs,

Case No. 2:26–cv–0086

v.

Hon. Sally J. Berens

PEOPLE OF THE STATE OF MICHIGAN, et al,
Defendants.
_____/

### **PLAINTIFF'S STATEMENT REGARDING CONSENT**

_____  I hereby voluntarily consent to the United States magistrate judge conducting all proceedings in this case, including entry of a final judgment and all post-judgment matters.

_____  I request that this case be assigned to a district judge.

Dated:  _____            _____

Plaintiff Oscar Harris #279136